PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 15 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Douglas Dorton                                  Case Number 2:02CR06047-001

Name of Sentencing Judicial Officer: Edward F. Shea

Date of Original Sentence: April 9, 2003

Original Offense: Bank Robbery

Original Sentence: 38 Months

Type of Supervision: Supervised Release          Date Supervision Commenced: July 1, 2005

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in a program for mental health treatment as deemed necessary by the United States Probation Officer. The Defendant shall sign a release between the provider and probation officer to assure the expectations of the treatment are being met.

### CAUSE

Respectfully submitted,

by   *David L. McCary*
David L. McCary
U.S. Probation Officer
Date: August 8, 2005

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*/s/ Edward F. Shea*

Signature of Judicial Officer
Date: 8/15/05

Case 2:02-cr-06047-EFS    Document 62    Filed 08/15/05

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WASHINGTON

Name: Douglas Dorton                    Docket No.: 2:02CR06047-001

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

18. The defendant shall participate in a program for mental health treatment as deemed necessary by the United Stated Probation Officer. The defendant shall sign a release between the provider and probation officer to assure the expectations of the treatment are being met.

Witness: _David McCary_                 Signed: _[signature]_
        U.S. Probation Officer                    Probationer or Supervised Releasee

                8/15/05
                 DATE