PROB 12A
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 02 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Douglas Dorton                    Case Number: 2:02CR06047-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 4/9/2003                 Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)   Date Supervision Commenced: 7/1/2005

Original Sentence: Prison - 38 Months; TSR - 24      Date Supervision Expires: 6/30/2007
Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence**: Douglas Dorton is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, cocaine, on or prior to August 8, 2005.

On August 8, 2005, the defendant reported for a random drug testing at Second Chance in Pasco. He admitted the sample would return positive for cocaine. The sample was confirmed positive on August 12, 2005.

**U.S. Probation Officer Action**:

On August 8, 2005, the defendant stated he wanted a chance to enter drug treatment to address his addiction. He was directed to contact the Benton/Franklin Assessment Center to complete an assessment for treatment. The defendant contacted the Assessment Center but found he was not eligible due to his income. He then contacted Life Changes and was assessed as being in need of out patient drug treatment. The defendant will pay for this treatment on his own. The defendant also changed his residence and is now living at an Oxford House which is focused on helping individuals who are attempting to address their drug addictions. The house will also require the defendant to provide random drug testing to remain in the home.

As the Court is aware, the defendant also requested a modification to his supervised release to add a condition for mental health treatment. On August 15, 2005, the Court agreed to modify the defendants conditions. At this time the defendant will be referred for mental health treatment to address any anger management issues at the defendants request.

Prob12A
**Re: Dorton, Douglas**
**September 1, 2005**
**Page 2**

Currently the defendant is addressing his drug addiction and mental health issues. He has taken steps to remove himself from suraoundings which may have a negative impact on his life and he seems motivated to succeed. For these reasons it would be respectfully recomended no action be taken at this time.

Respectfully submitted,

by _____
David L. McCary
U.S. Probation Officer
Date: September 1, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

9/2/05
Date